United States Court of Appeals
Fifth Circuit

**F I L E D**

June 25, 2003

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 03-10076
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JIMMY LEE NASLUND,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:02-CR-69-1-C
--------------------

Before DeMOSS, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender, appointed to represent Jimmy

Lee Naslund on appeal, has filed a motion to withdraw and a brief

as required by *Anders v. California*, 386 U.S. 738 (1967).

Naslund has filed no response.  Our independent review of

counsel's brief, and the record discloses no nonfrivolous issue.

Accordingly, counsel's motion to withdraw is GRANTED; counsel is

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

excused from further responsibilities herein, and the APPEAL IS

DISMISSED.  *See* 5TH CIR. R. 42.2.